IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA MAMINO, as the Special Administrator of the Estate of NICHOLAS MAMINO, JR., deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COLLINSVILLE, RICHARD WITTENAUER, individually and as Police Officer for the City of Collinsville, MARK KRUG, individually and as Police Officer for the City of Collinsville, DANIEL PORTER, individually and as Police Officer for the City of Collinsville, STACY McELROY, individually and as Police Officer for the City of Collinsville, FRED SCHOLL, individually, and as Sergeant for the State of Illinois, and DONALD RAMERT, individually and as Trooper for the State of Illinois,<br><br>Defendants. | No. 07-CV-286-WDS |

**O R D E R**

Before the Court is the plaintiff's Motion to Dismiss Counts XV through XXVIII. (Doc. 31).

**IT IS THEREFORE ORDERED** that the subject motion is **GRANTED.** Counts XV through XXVIII are dismissed.

DATED:   July 24, 2008            s/*WILLIAM D. STIEHL*
                                                   DISTRICT JUDGE