IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA MAMINO, as the Special Administrator of the Estate of NICHOLAS MAMINO, JR., deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-CV-286-WDS ) |
| CITY OF COLLINSVILLE, RICHARD WITTENAUER, individually and as Police Officer for the City of Collinsville, MARK KRUG, individually and as Police Officer for the City of Collinsville, DANIEL PORTER, individually and as Police Officer for the City of Collinsville, STACY McELROY, individually and as Police Officer for the City of Collinsville, FRED SCHOLL, individually, and as Sergeant for the State of Illinois, and DONALD RAMERT, individually and as Trooper for the State of Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

This cause comes for hearing on petition of the Special Administrator of the Estate of Nicholas Mamino, Jr., deceased, for approval of the wrongful death settlement and distribution of proceeds, the Court being fully advised of the premises finds:

1. That the decedent's estate consists of a cause of action for the benefit of the decedent's next of kin for the wrongful death of decedent, Nicholas Mamino, Jr.,

2. That petitioner herein has consulted with counsel prior to filing the Petition For Authority To Settle Wrongful Death Action, and has been advised to accept the proposed settlement as being in the best interest of the next of kin of the decedent.

3. That an offer of settlement has been made by the defendants as set forth in the Petition for Authority to Settle which payment shall be made in exchange for releases to be executed by said special administrator releasing all claims and causes of action for the injuries and death of Nicholas Mamino, Jr.

4. That Sandra Mamino, as Special Administrator, recommends the approval of the proposed settlement.

5. That defendants continue to deny liability and the aforesaid payments are made in settlement by a compromise of a disputed claim.

6. At the time of his death, Nicholas Mamino, Jr., left surviving as his only heir at law his son, Nicholas R. Mamino, III.

NOW THEREFORE IT IS ORDERED AS FOLLOWS:

A. That Sandra Mamino, special administrator of the estate of Nicholas Mamino, Jr., deceased, be and is hereby authorized and directed to settle the aforesaid cause of action upon payment of the net settlement proceeds as set forth in her Petition to Settle Wrongful Death Action.

B. That upon receipt of said payment, Sandra Mamino, special administrator of the estate of Nicholas Mamino, Jr., deceased, is authorized and directed to execute and deliver releases discharging defendants, as well as their liability insurance carriers, agents, servants, employees, heirs, executors and administrators, successors and assigns, from any and all actions, causes of actions, claims, demands, damages, costs and expenses and compensation on account of, or in any way growing out of injuries to and the death of Nicholas Mamino, Jr.

DATED: August 20, 2008

s/*WILLIAM D. STIEHL*
JUDGE